

# NUMBER 13-22-00198-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MAGGIE K. SCALF, WILLIAM S. SCALF, II,
STEPHANIE KRAUS, ROBERT J. KRAUS,
DENNIS W. HERD, SAMUEL SCHILLER,
DENICE YVONNE CULLUM, ALVIN ROGERS,
AND JEFFREY ELDER,                                                    Appellants,

v.

AZIA NOORANI,                                                          Appellee.

## On appeal from the 16th District Court
of Denton County, Texas.

## MEMORANDUM OPINION

Before Justices Benavides, Hinojosa, and Silva
Memorandum Opinion by Justice Hinojosa

This matter is before the Court on appellants' unopposed motion to dismiss appeal.[1] Appellants' request dismissal, and appellee will not be prevented from seeking relief to which they would otherwise be entitled.

The Court, having considered appellants' motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' unopposed motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellants, as there is no clear agreement between the parties regarding costs. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellants' request, no motion for rehearing will be entertained.

LETICIA HINOJOSA
Justice

Delivered and filed on the
30th day of June, 2022.

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

2